# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2016

Lyle W. Cayce
Clerk

No. 15-20220

JOSEPH B. FLYNN, Individually, and as Personal Representative of the Estate of Jacqueline Renee Flynn, Deceased; MARIE ESTHER (FLYNN) SOORD, Individually,

     Plaintiffs - Appellants

v.

AMERICAN HONDA MOTOR COMPANY,

     Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-3908

Before DENNIS, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

This is an appeal of the district court's grant of summary judgment to American Honda Motor Company, Inc. in a products liability and wrongful death action involving an alleged airbag design defect. After consideration of the briefs, record, applicable law and oral arguments in this matter, the order of the district court is **AFFIRMED**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.